1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11  WENDY JONES,                              2:15-cv-02364-KJM-AC
12                  Plaintiff,                ORDER
13       v.
14  JACQUELINE JENNINGS, et al.,
15                  Defendants.
16
17         Plaintiff Wendy Jones filed this action under 42 U.S.C. § 1983 on November 13,
18  2015, ECF No. 1, and now requests permission to proceed *in forma pauperis* (IFP), ECF No. 2.
19  As explained below, the court GRANTS plaintiff's request.
20  I.     DISCUSSION
21         A party instituting a civil action in a United States district court, except for an
22  application for a writ of habeas corpus, must pay a filing fee of $400.00.  28 U.S.C. § 1914.  If a
23  party, however, is granted leave to proceed *in forma pauperis*, an action may proceed without
24  prepaying the entire fee. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  To qualify
25  for IFP status, a party need not show that he or she is entirely destitute. *Adkins v. E.I. DuPont de*
26  *Nemours & Co.*, 335 U.S. 331, 339–40 (1948).  Yet, "the same even-handed care must be
27  employed to assure that federal funds are not squandered to underwrite, at public expense, either
28  /////

1

frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984).

Here, plaintiff is entitled to IFP status. In the application to proceed without prepayment of fees and affidavit, form number AO 240, plaintiff, under penalty of perjury, states she earns only $800 per month in gross pay or wages and receives supplemental security income payments. ECF No. 2. She has no savings or assets. *Id.* Her monthly expenses are $600, and she owes $185 in penalties and fees. *Id.* Accordingly, based on these circumstances, the court finds plaintiff qualifies for IFP status.

II.     CONCLUSION

For the foregoing reasons, the court orders as follows:

1. Plaintiff's motion to proceed *in forma pauperis* is GRANTED.
2. Service is appropriate for the named defendants.
3. The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, including a copy of this court's status order, without prepayment of costs.
4. The Clerk of the Court shall send plaintiff one USM-285 form for each named defendant, one summons, a copy of the complaint, an appropriate form for consent to trial by a magistrate judge, and this court's status order.
5. Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and <u>shall file a statement with the court that said documents have been submitted to the United States Marshal</u>. The court anticipates that, to effect service, the U.S. Marshal will require at least:
    a. One completed summons for each defendant;
    b. One completed USM-285 form for each defendant;
    c. One copy of the endorsed filed complaint for each defendant, with an extra copy for the U.S. Marshal;

2

    d. One copy of this court's status order for each defendant; and

    e. One copy of the instant order for each defendant.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, CA, 95814, Tel. No. (916) 930-2030.

IT IS SO ORDERED

DATED: November 24, 2015.

_____
UNITED STATES DISTRICT JUDGE