**RIVERA & ASSOCIATES**
1425 River Park Drive, Suite 250
Sacramento, California 95815
Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Jamil Ghannam, SBN 300730

Attorneys for Defendants,
County of Sacramento, J. Jennings

**Zachary B. Reber, SBN 241534**
Attorney at Law
331 J Street, Suite 200
Sacramento, CA 95814

Attorney for Plaintiff,
Wendy Jones

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**WENDY JONES**,

Plaintiff,

vs.

**JENNINGS**, et al.,

Defendants.

Case No.: 2:15-cv-02364-KJM

**STIPULATION AND ORDER FOR MENTAL HEALTH EXAMINATION OF PLAINTIFF WENDY JONES**

Defendant Jacqueline Jennings and Plaintiff Wendy Jones, by and through their respective counsel, respectfully submit this stipulation and proposed order for a mental health examination of Plaintiff Jones under Federal Rule of Civil Procedure 35, as follows:

1. The parties hereby stipulate that Plaintiff Wendy Jones will undergo a mental health examination;

2. The mental examination of Plaintiff is proper because Ms. Jones' past and present mental and psychological condition is at issue in this action;

3. The mental examination will be conducted by licensed psychologist Paul Berg, Ph.D., at defendant's expense;

4. The mental health examination will occur on March 9, 2017, at 10:00 a.m. at 1425 River Park Drive, Suite 250, Sacramento, California, 95815, telephone number (916) 922-1200;

5. Plaintiff Wendy Jones may not be accompanied during the examination by any individual, aside from Dr. Berg;

6. A report will be prepared by Dr. Berg within a reasonable time after the date of the examination, and the report will be made available to plaintiff's counsel.

**IT IS SO STIPULATED.**

Dated: February 1, 2017

**RIVERA & ASSOCIATES**

*/s/ Jill B. Nathan*
JILL B. NATHAN
JESSE M. RIVERA
Attorneys for Defendant,
J. JENNINGS

Dated: February 1, 2017

**ZACHARY B. REBER, ESQ.**

*/s/ Zachary B. Reber*
ZACHARY B. REBER
Attorney for Plaintiff,
WENDY JONES

**IT IS SO ORDERED.**

Date: February 6, 2017

UNITED STATES DISTRICT JUDGE